United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LUIS EMIGDIO TORRES-APARICIO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01382** |
| | § | |
| **MIGUEL VERGARA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

Pending before the Court is Petitioner Luis Emigdio Torres-Aparicio's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his post-removal-order detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Respondents filed a Response to the Petition and Motion for Summary Judgment arguing that Petitioner is lawfully detained within the constitutionally permissible period under 8 U.S.C. § 1231(a) as interpreted in *Zadvydas v. Davis*, 533 U.S. 678 (2001) pursuant to a final order of removal from March 2, 2026. (Dkt. 6.) On August 17, 2026, Petitioner filed a reply acknowledging that his removal order became final on March 2, 2026, but arguing that removal is not reasonably foreseeable. (Dkt. 7.)

In light of the information provided, Respondents are hereby **ORDERED** to supply the Court with an update on any additional progress that has been made to effectuate Petitioner's removal **on or before September 3, 2026**. Additionally, Petitioner is permitted to provide the Court with responsive supplemental information **by September 3, 2026**.

IT IS SO ORDERED.

SIGNED this August 18, 2026.

Diana Saldaña
United States District Judge